IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RHONDA JENNINGS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CASE NO. 2:12-cv-715-WHA<br><br>(WO) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #6), entered on August 26, 2014, and after a review of the file, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED, as it was not filed within the controlling federal limitation period, and this case is DISMISSED with prejudice.

DONE this 19th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE